1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11   **SORNPASERD UNKEOWANNULACK,** )      **CV F 07-1341  AWI DLB**
                                      )
12              **Plaintiff,**         )      **ORDER VACATING**
                                      )      **NOVEMBER 26, 2007,**
13        **v.**                       )      **HEARING AND TAKING**
                                      )      **DEFENDANTS'S MOTION TO**
14   **TABLE MOUNTAIN CASINO, and**    )      **DISMISS UNDER**
     **TABLE MOUNTAIN RANCHERIA**      )      **SUBMISSION**
15   **TRIBAL GAMING COMMISSION,**     )
                                      )
16              **Defendants.**        )
                                      )
17   _____       )

18

19        Defendants have noticed for hearing and decision a motion to dismiss, which is scheduled

20   for hearing on November 26, 2007.  Pursuant to Local Rule 78-230(c), Plaintiff was required to

21   file either an opposition or a notice of non-opposition no later than November 13, 2007.  Plaintiff

22   has not done so.

23        Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, Plaintiff

24   is in violation of the Local Rules.  See Local Rule 78-230(c).  Plaintiff is not entitled to be heard

25   at oral argument in opposition to the motion.  Id.  The court has reviewed Defendants's motion

26   and the applicable law, and has determined that the motion is suitable for decision without oral

27   argument.  See Local Rule 78-230(h).

28

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 26, 2007, is VACATED, and no party shall appear at that time.  As of November 26, 2007, the court will take the matter under submission, and will thereafter issue its decision.[1]

IT IS SO ORDERED.

**Dated:** __November 19, 2007__                    _____/s/ Anthony W. Ishii_____
                                                    UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff filed a late opposition on November 18, 2007.  The Court will consider the late filed opposition.  Defendants may file a reply to the opposition on or by noon (12:00 p.m.) on November 26, 2007.  If a reply is filed and the Court determines that oral argument would be helpful, it will reset the matter for a hearing.  Otherwise, Defendants's motion will remain under submission and the Court will issue its decision after November 26, 2007.

daw                                    2